DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTIN BILOTTI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3559

[June 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 08-3720CF10B.

Carey Haughwout, Public Defender, and Mara C. Herbert, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, Melanie Dale Surber, Senior Assistant Attorney General, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

## ON REMAND FROM THE SUPREME COURT OF FLORIDA

PER CURIAM.

On May 22, 2020, the Supreme Court of Florida quashed our decision in *Bilotti v. State*, 252 So. 3d 779 (Fla. 4th DCA 2018), and remanded the case for us to reconsider upon application of *State v. Pacchiana*, 289 So. 3d 857 (Fla. 2020). In accordance with the supreme court's decision, we affirm the defendant's conviction and sentence.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*     \*     \*

***No motion for rehearing will be accepted.***